UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** SEP 0 8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>Miguel Angel TORRES-Tellez<br><br>Defendant. | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, USC 841(a)(1) Manufacture, Distribute, or Possess with intent to distribute; a Controlled Substance<br><br>'14 MJ 3119 |

The undersigned complainant being, duly sworn, states:

On or about September 5, 2014, in the Southern District of California, the defendant, Miguel Angel TORRES-Tellez, knowingly and intentionally possessed with intent to distribute 198.35 kilograms (460 pounds) or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Joshua R. Martin
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 8th DAY OF September, 2014.

NITA L. STORMES
United States Magistrate Judge



CONTINUATION OF COMPLAINT:
Miguel Angel TORRES-Tellez

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 5, 2014, Border Patrol Agent D. Hall, was assigned to primary inspection at the Interstate 5 North Checkpoint in the San Clemente Border Patrol Station's Area of Operations. The checkpoint is located at mile marker sixty-seven on Interstate 5. At approximately 9:15 AM, a brown Ford F-350 truck approached Agent Hall's position. Agent Hall motioned for the driver to stop, and identified himself as a United States Border Patrol Agent. Agent Hall noticed the truck had an extended cab, with a cover over the bed. Agent Hall asked the driver, later identified as the defendant Miguel Angel TORRES-Tellez, if the truck bed was empty. TORRES stated it was not. Agent Hall asked if it was locked, and TORRES said it was. Agent Hall also noticed that TORRES had produced an immigration document. Agent Hall referred TORRES to secondary for further inspection.

In secondary, Agent M. Aluia and Agent K. Seuferer identified themselves as Border Patrol Agents. Agent Seuferer conducted an immigration inspection on TORRES, who stated he is a citizen of Mexico and produced a valid Legal Permanent Resident Card. Agent Aluia asked TORRES for consent to look in the back of the truck, which he granted. TORRES got out of the truck and used his keys to open the bed cover, revealing several cardboard boxes. Agent Aluia then asked if she could to look inside one of the boxes, to which TORRES replied "yes." Agent Aluia opened one of the boxes and observed several bundles of what appeared to be some type of controlled substance wrapped tightly in cellophane. Agent Seuferer asked if there was marijuana in the boxes, to which TORRES replied "yes." At approximately 9:20 AM, Agent Aluia placed TORRES under arrest.

Subsequently, Agent Seuferer conducted a canine search of the truck which resulted in a positive alert for the presence of narcotics. Seventeen bundles, with a total weight of 198.35 kilograms, were discovered. Agent G. Graczyk tested the substance in the bundles, which revealed a positive result for marijuana.

**Executed on September 6, 2014 at 10:00 AM.**

Cory R. Anderson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 5, 2014, in violation of 21 USC 841(a)(1).

NITA L. STORMES
U.S. Magistrate Judge

10:45 AM, Sep 6, 2014
Date/Time