**Benjamin P. Davis**
California Bar No.: 275918
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
E-Mail: Benjamin_davis@fd.org

Attorneys for Mr. Torres-Tellez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | **Case No.: 14MJ3119** |
| Plaintiff, | |
| v. | **Notice of Appearance** |
| **Miguel Angel Torres-Tellez,** | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, **Benjamin P. Davis**, Federal Defenders of San Diego, Inc., files this Notice of Appearance as **_lead attorney_** in the above-captioned case.

Respectfully submitted,

Dated: September 9, 2014

*s/ Benjamin P. Davis*
**Benjamin P. Davis**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Torres-Tellez

## Certificate of Service

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been electronically served this day upon:

**United States Attorneys Office**
**Efile.dkt.gc2@usdoj.gov**

Respectfully submitted,

Dated: September 9, 2014

*s/ Benjamin P. Davis*
**Benjamin P. Davis**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Torres-Tellez