# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 14CR2805-WQH |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| MIGUEL ANGEL TORRES-TELLEZ, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to count 1 of the information.

DATED: December 4, 2014

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge